**No. 10-7526. Ivan Hrcka, Petitioner v. United States.**

562 U.S. 1258, 131 S. Ct. 1569, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1863.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 232.